1  LESLIE A. SHEEHAN  (SBN:  106332)
   GORDON & REES LLP
2  633 West Fifth Street, 52nd Floor
   Los Angeles, CA 90071
3  Telephone:  (213) 576-5000
   Facsimile:  (213) 680-4470
4

5  Attorneys for Defendant
   FLOW INTERNATIONAL CORPORATION
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 DAVID E. MCMILLAN, JR.,              )  CASE NO. 2:14-cv-01359-LKK-
                                        )  KJN
12              Plaintiff,              )
                                        )
13      vs.                             )
                                        )  **STIPULATION TO STRIKE**
14 VALLEY RUBBER & GASKET               )  **PUNITIVE DAMAGES AND**
   COMPANY, INC.; LEWIS-GOETZ AND       )  **ORDER**
15 COMPANY, INC.; FLOW                  )
   INTERNATIONAL CORPORATION;           )
16 DOES 1 THROUGH 100,                  )
                                        )
17              Defendants.             )
                                        )
18                                      )
                                        )
19 _____)

20

21

22

23      IT IS HEREBY STIPULATED by and between Plaintiff, DAVID E.

24 MCMILLAN, JR. ("Plaintiff"), and Defendant, FLOW INTERNATIONAL

25 CORPORATION ("Flow International"), (Plaintiff and Flow International are

26 collectively referred to herein as "the Parties") that Plaintiff will dismiss without

27 prejudice the punitive damages allegations alleged against Flow International as

28 follows:

1   WHEREAS, on March 7, 2014, Plaintiff filed suit against Defendant Flow
2   International for product liability ("Complaint");

3   WHEREAS, Plaintiff seeks recovery against Flow International on causes of
4   action for: (1) Strict Product Liability – Design Defect/Manufacturing Defect, (2)
5   Strict Product Liability – Failure to Warn; and (3) Negligence – Product Liability;

6   WHEREAS Plaintiff alleges Flow International and DOES 51 through 100
7   were the manufacturers, designers, developers, producers, assemblers, builders,
8   inspectors, installers, and owners of the high pressure Flow Waterjet Cutting
9   Machine that allegedly caused Plaintiff's injuries; and

10   WHEREAS, the Parties desire to avoid a motion to strike the punitive
11   damages claims alleged against Flow International by entering the following
12   agreement and stipulation.

13   THEREFORE, the Parties agree and stipulate that Plaintiff's allegations for
14   punitive damages in the Complaint, at Paragraph 60, Page 12, Lines 12 to 22;
15   Paragraph 71, Page 14, Lines 14 to 26; Paragraph 72, Page 14, Line 27 to Page 15,
16   Line 10; and Prayer Letter B, Page 18, Lines 3 to 4, shall be stricken against Flow
17   International without prejudice.  The Parties agree and stipulate that Plaintiff
18   reserves the right to amend the complaint to allege punitive damages against Flow
19   International and DOES 51 through 100 upon further discovery and the discovery
20   of facts supporting punitive damages.

21
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

STIPULATION TO STRIKE PUNITIVE DAMAGES AND PROPOSED ORDER
CASE NO. 2:14-cv-01359-LKK-KJN

**IT IS SO STIPULATED.**

Dated: _June 12, 2014                    MICHAEL H. KIM, P.C.


                                         By:  /s/ Michael H. Kim
                                              Attorneys for Plaintiff,
                                              DAVID E. MCMILLAN, JR.


Dated:  June 13, 2014                    GORDON & REES LLP


                                         By:  /s/ Leslie A. Sheehan
                                              Attorneys for Defendant,
                                              FLOW INTERNATIONAL
                                              CORPORATION
                                              Leslie A. Sheehan

## **ORDER**

IT IS SO ORDERED.

DATED:  June 13, 2014.




                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

FLOW/1096748/19831694v.1