1   Michael H. Kim, Esq. (SBN: 200792)
2   **MICHAEL H. KIM,  P.C.**
    475 El Camino Real, Suite 309
3   Millbrae, CA 94030
4   Telephone:  (650) 697-8899
    Facsimile:  (650) 697-8896
5   Email: Michaelkimapc@gmail.com

6
    Attorneys for Plaintiff David E. McMillan
7

8   CALVIN E. DAVIS  (SBN:  101640)
    LESLIE A. SHEEHAN  (SBN: 106332)
9   SPENCER P. HUGRET (SBN: 240424)
10  GORDON & REES LLP
    633 West Fifth Street, 52nd Floor
11  Los Angeles, CA 90071
12  Telephone: (213) 576-5000
    Facsimile: (213) 680-4470
13

14  Attorneys for Defendant Flow International Corporation

15

16  Kenneth S. Kornacki (Pa.I.D. No. 83739)
    **Metz Lewis Brodman Must O'Keefe LLC**
17  535 Smithfield Street,  Suite 800
18  Pittsburgh, PA 15222
    Telephone: (412) 918-1100
19  Facsimile: (412) 918-1199

20
    Attorneys for Defendants Valley Rubber &
21  Gasket Company, Inc. and Lewis-Goetz and
22  Company, Inc.

23              **UNITED STATES DISTRICT COURT**

24           **EASTERN DISTRICT OF CALIFORNIA**

25

26

27

28

STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

DAVID E. MCMILLAN,

     Plaintiff,

vs.

VALLEY RUBBER & GASKET
COMPANY, INC.; LEWIS-GOETZ
AND COMPANY, INC.; FLOW
INTERNATIONAL CORPORATION;
DOES 1 THROUGH 100,

     Defendants.

Case No. 2:14-CV-01359-TLN-KJN

**STIPULATION AND ORDER TO
FILE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between Plaintiff, DAVID E. MCMILLAN, JR. ("Plaintiff"), and Defendants, FLOW INTERNATIONAL CORPORATION and LEWIS-GOETZ AND COMPANY, INC. f/k/a Valley Rubber & Gasket Company, Inc. ("Defendants"), (Plaintiff and Defendants are collectively referred to herein as "the Parties") that Plaintiff should be granted leave to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A":

**WHEREAS** Plaintiff sued Valley Rubber & Gasket Company, Inc. and Lewis-Goetz and Company, Inc. for (1) disability discrimination in violation of California Government Code Section 12940; (2) failure to provide reasonable accommodations in violation of California Government Code Section 12940; (3) failure to engage in interactive process in violation of California Government Code Section 12940; (4) wrongful termination in violation of public policy.

**WHEREAS** Plaintiff sued Flow International, Inc. for: (1) Strict Product Liability – Design Defect, (2) Strict Product Liability – Failure to Warn, (3) Negligence – Product Liability.  Plaintiff's claims against Flow International are based on alleged acts and omissions in connection with the Flow International waterjet cutting machine;

**WHEREAS** the case was removed from the California Superior Court for the

County of Sacramento  to this United States District Court based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1446;

**WHEREAS** Plaintiff seeks to file his First Amended Complaint only for the purposes of  making it clear that Plaintiff is pursuing the disability discrimination claim (First Cause of Action) as the term "disability" is defined under the Fair Employment and Housing Act (codified at California Gov. Code §§ 12926 and 12926.1); that is to say, Plaintiff is pursuing disability discrimination for actual and perceived disability (regarded or treated by the employer as having or having had a mental or physical condition that makes his life activity difficult).  The only proposed changes appear in paragraphs 16 and 17.  Plaintiff is not adding any new claim or cause of action and is not adding new facts, but is simply making it clear that his existing disability discrimination is consistent with the provisions of the FEHA.

**WHEREAS** the only changes Plaintiff seeks to make are as follows (underlined):

16.  Government Code § 12940(a) requires Defendants to refrain from discriminating against any employee on the basis of disability as that term is defined in Government Code §§ 12926 and 12926.1 which state that the term "disability" includes, but is not limited to, any actual or perceived impairment that is disabling, potentially disabling, or perceived to be disabling.

17.  On or about March 25, 2013, Defendants engaged in unlawful employment practices in violation of Government Code § 12940(a) by terminating Plaintiff's employment effective March 21, 2013.  On information and belief, Plaintiff alleges that his disabilities, whether actual or perceived, specifically, the work-related injuries to his fingers, mental illness, and psychotic symptoms that he had or was regarded or treated by Defendants as having, were motivating factors in Defendants' decision to terminate Plaintiff's employment in violation of Government Code §

12940(a).

**WHEREAS,** the Court previously entered an Order striking punitive damages claims against Defendant Flow International Corporation based on their Stipulation (Docket  No. 15), and the Parties agree that the Order shall continue to apply to the First Amended Complaint;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1.      Plaintiff should be granted leave to amend to file his First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A";

2.      The Court's Order striking punitive damages claims against Flow International Corporation shall apply to the First Amended Complaint;

3.      Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

Dated:  November 3, 2015                **MICHAEL H. KIM, P.C.**


By:  /s/ Michael H. Kim
         Michael H. Kim, Esq.
         Melanie Massey, Esq.
         Attorneys for Plaintiff
         DAVID E. MCMILLAN

Dated:  October 27, 2015               **GORDON & REES LLP**


By:   /s/ Leslie Sheehan (as
authorized on October 27, 2015)
         Leslie Sheehan
         Attorneys for Defendant
         FLOW INTERNATIONAL
         CORPORATION

1   Dated:  November 3, 2015                    **METZ LEWIS BRODMAN MUST O'KEEFE
2                                                LLC**

3                                                By:   /s/ Kenneth S. Kornacki (as
                                                 authorized on October 28, 2015)
4                                                     Kenneth S. Kornacki
                                                     Attorneys for Defendant
5                                                    LEWIS-GOETZ AND
                                                     COMPANY, INC. f/ka/
6                                                    VALLEY RUBBER &
                                                     GASKET COMPANY,
7                                                    INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS**:

    1.     Plaintiff is hereby granted leave to amend to file his First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A";

    2.     The Court's Order (Docket No. 15) striking punitive damages claims against Flow International Corporation, which was entered on June 16, 2014, shall apply to the First Amended Complaint;

    3.     Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO ORDERED.**


Dated:  November 3, 2015

 

 

Troy L. Nunley
United States District Judge