1  Michael H. Kim, Esq. (State Bar No. 200792)
   Melanie Massey, Esq. (State Bar No. 289611)
2  **MICHAEL H. KIM, P.C.**
   475 El Camino Real, Suite 309
3  Millbrae, CA 94030
   Telephone: (650) 697-8899
4  Facsimile: (650) 697-8896
5
   Attorney for Plaintiff
6  David E. McMillan, Jr.
7
   CALVIN E. DAVIS  (SBN:  101640)
8  LESLIE A. SHEEHAN  (SBN: 106332)
   SPENCER P. HUGRET (SBN: 240424)
9  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
10 Los Angeles, CA 90071
   Telephone: (213) 576-5000
11 Facsimile: (213) 680-4470
12
13 Attorneys for Defendant Flow International Corporation
14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID E. MCMILLAN, JR., | ) Case No. 2:14-CV-01359-TLN-KJN |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE:** |
| | ) **DISMISSAL OF FLOW** |
| | ) **INTERNATIONAL CORPORATION** |
| | ) **WITH PREJUDICE** |
| VALLEY RUBBER & GASKET COMPANY, INC.; LEWIS-GOETZ AND COMPANY, INC.; FLOW INTERNATIONAL CORPORATION; DOES 1 THROUGH 100, | ) |
| Defendants. | ) |

STIPULATION AND ORDER FOR DISMISSAL

1

Per the parties' settlement agreement, Plaintiff DAVID E. McMILLAN, JR. and defendant FLOW INTERNATIONAL CORPORATOIN hereby stipulate, through their respective counsel, as follows:

1. The above entitled action shall be dismissed, with prejudice, as to defendant FLOW INTERNATIONAL CORPORATION <u>only</u>, and;
2. The parties shall bear their own legal fees and costs;
3. The Court will retain jurisdiction over the parties to enforce the terms of their Settlement Agreement.

IT IS SO AGREED.

Dated:  November 13, 2015                **MICHAEL H. KIM, P.C.**

　　　　　　　　　　　　　　　　　　　　   /s/ Michael H. Kim　　　

                                          Michael H. Kim, Esq.
                                          Attorney for Plaintiff
                                          DAVID E. MCMILLAN, JR.


Dated: November 13, 2015                 **GORDON & REES LLP**

                                          /s/ Leslie Sheehan (as authorized on 11/10/15)
                                          Leslie Sheehan, Esq.
                                          Attorneys for Defendant
                                          FLOW INTERNATIONAL CORPORATION

STIPULATION AND ORDER FOR DISMISSAL

## **ORDER**

Based upon the parties' stipulation, and good cause otherwise appearing, defendant FLOW INTERNATIONAL CORPORATION (and <u>only</u> defendant FLOW INTERNATIONAL CORPORATION) is dismissed with prejudice from the action, the parties to bear their own costs and fees.

The Court will retain jurisdiction over the parties to enforce the Settlement Agreement between Plaintiff and Flow International Corporation.

SO ORDERED.

Dated:  November 13, 2015

_____
Troy L. Nunley
United States District Judge