UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MCMILLAN, JR., | No. 2:14-cv-01359-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS EX-PARTE REQUEST TO AMEND SCHEDULING ORDER** |
| VALLEY RUBBER & GASKET COMPANY, INC.; LEWIS-GOETZ AND COMPANY, INC.; FLOW INTERNATIONAL CORPORATION; DOES 1 THROUGH 100, | |
| Defendants. | |

The Court has reviewed Defendants Valley Rubber & Gasket Company, Inc. and Lewis-Goetz and Company, Inc.'s (Defendants) *Ex Parte* Application to Amend the Scheduling Order. (ECF No. 55.) Plainitff David E. McMillan (Plaintiff) opposes Defendants' motion. (ECF No. 62.) The Court finds that Defendants' explanation of mistaking the April 21, 2016, Dispositive Motion *hearing* deadline as a *filing* deadline is reasonable. Therefore, pursuant to Rule 16(b)(4) and good cause appearing, Defendants' Application is GRANTED. The Court orders the Scheduling Order (ECF Nos. 24 & 28) be modified to reflect that the April 21, 2016, Dispositive Motion date was a *filing* deadline. The Court also hereby submits Defendants' Motion for Summary Judgement (ECF No. 49) without oral argument. The Court notes that Defendants' Motion to Compel a Mental Examination and to Modify the Scheduling Order (ECF No. 43) is

still under consideration by the Court and will be addressed in a combined order with Defendants' Motion for Summary Judgment. Additional amendments to the Scheduling Order (ECF Nos. 24 & 28) will be ordered as necessary pending the Court's ruling on Defendants' pending motions.

IT IS SO ORDERED.

Dated: May 13, 2016

Troy L. Nunley
United States District Judge